

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

William Colon

Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadephia Police Department
26th District,

Officer John Lichtner,

Officer Franci Mcanulty

**10   603**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name  William Colon
                ID #  63838-066
                Current Institution  Federal Detention Center-Philadephia
                Address  700 Arch Street

Rev. 10/2009

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name __Officer John Lichtner__ Shield # _____
Where Currently Employed __26th District__
Address _____

Defendant No. 2  Name __Officer Franci Mcanulty__ Shield # _____
Where Currently Employed __26th District__
Address _____

Defendant No. 3  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? _____

B. Where in the institution did the events giving rise to your claim(s) occur? _____

C. What date and approximate time did the events giving rise to your claim(s) occur? _____

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

D. Facts: On or about March 5, 2009, I (William Colon) was in a chinese restaraunt at 8th and Leghigh. With a friend (Athony Santiago) when police officers approached me and stated why am I sizing him up. I told the officers that I didn't even see them pull up in their patrol car so here can I be sizing them up. That's when the police officer shoved me to the ground and I stood back up and ask him whatare you doing I didn't do nothing wrong why are you putting your hands on me. That's when him and his partner approach me again and started to grab my arms and twist my wrist and forcing me to the ground while applying his knees to the back of my neck. I told him that he was hurting me and he told me this is what I get for sizing him up do I think I'm still tough. They proceed to handcuff me with one cuff on my left wrest and the other one on my right hand causing severe pain. They patted me down and didn't recover anything but still proceed to take me down to the district. And I was charge with disorderly conduct and resisting arrest which were later dismissed. After being released I went to the hospital for treatment.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Bruising, tendinitis, periperal neuropathy

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes \_\_\_\_ No \_\_\_\_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes \_\_\_\_ No \_\_\_\_ Do Not Know \_\_\_\_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes \_\_\_\_ No \_\_\_\_ Do Not Know \_\_\_\_

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes \_\_\_\_ No \_\_\_\_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes \_\_\_\_ No \_\_\_\_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: _____
   _____
   _____
   _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____
   _____
   _____
   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____
   I would like to seek monetary compensation in the amount of $200,000 for the excessive force that was use and for my hospital treatment. And for the illegal arrest by the police officers.

_____

(blank lines for writing)

**VI.** **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No  X  

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____

  4. Name of Judge assigned to your case _____

  5. Approximate date of filing lawsuit _____

  6. Is the case still pending?  Yes ____ No ____

     If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

[On other claims]

C. Have you filed other lawsuits in state or federal court?

Yes ____ No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?   Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20____.

Signature of Plaintiff _____

Inmate Number _____

Institution Address _____
_____
_____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____