```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM COLON                   :     CIVIL ACTION
                                :
     v.                         :
                                :
PHILADELPHIA POLICE             :
DEPARTMENT 26TH DISTRICT,       :
et al.                          :     NO. 10-603
```

ORDER

AND NOW, this 20th day of August, 2019, after a bench trial by video conference, held on March 5, 2013, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the Court finds for the defendant and against the plaintiff.  This case is closed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         _____
                         MARY A. McLAUGHLIN, J.
```